USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
            - v.-                  :
                                   :   S6 08 Cr. 828 (VM)
MICHAEL FORDE,                     :
                                   :
            Defendant.             :
------------------------------------------------------------x

## RESTITUTION ORDER

It is hereby ORDERED that as a result of his conviction on Counts One and Two of the above-referenced indictment, defendant Michael Forde is adjudged liable for restitution as follows:

1. Forde is liable for restitution in the amount **$605,536.62** to the New York City District Council of Carpenters and Joiners ("District Council"), 395 Hudson Street, New York, New York, 10014-7450.

2. Forde is liable for restitution in the amount of **$5,085,964.05** to the District Council of Carpenters Benefit Funds ("the Funds"), 395 Hudson Street, New York, New York, 10014-7450, Attention: Executive Director. That amount includes restitution owed in connection with the following losses:

    (a) Losses related to Turbo Enterprises

    - $1,376,418.22 principal
    - $151,785.11 interest (calculated through 5/11/05)
    - less $3,821.91 surety balance that the Funds will apply toward the restitution obligation

    Total related to Turbo: $1,524,381.42

  (b) Losses related to Pitcohn Construction Enterprises

- $1,449,855.51 principal

- $626,710.02 interest (calculated through 3/10/09)

- less $10,000 surety balance that the Funds will apply toward the restitution obligation

Subtotal related to Pitcohn: $2,066,565.53

  (c) Losses related to Pyramid Associates Construction Corp.

- $937,471.36 principal

- $451,661.75 interest (calculated through 10/15/09)

- less $6,820.14 surety balance that the Funds will apply toward the restitution obligation

Total related to Pyramid: $1,382,312.97

  (d) Losses related to KAFCI Corp.

- $75,966.70 principal

- $42,727.61 interest

- minus a $5,990.18 surety that the Funds has applied to toward the loss

Total related to KAFCI: $112,704.13

3. Forde is liable for restitution in the amount of **$29,082** to the Promotional Fund, consisting of the following amounts:

- $10,857.30 relating to Turbo

- $10,830.60 relating to Pitcohn

- $7,135.00 relating to Pyramid

- $259.10 relating to KAFCI

Restitution to the Promotional Fund shall be payable only after the restitution amounts owed to the District Council and Funds have been paid in full. It shall payable to the Promotional Fund, at the same address as the Funds.

4. Defendant Michael Forde shall pay 25% of his gross monthly income, including pension income, toward restitution, with payments to begin promptly after the entry of this order.

5. Forde shall be jointly and severally liable for the losses set forth above related to Turbo, Pitcohn, and Pyramid with co-defendant John Greaney (for the entire amount), and with co-defendant Brian Hayes (up to $120,000 apportioned amount of restitution that Hayes was ordered to pay). Forde shall be jointly and severally liable with co-defendant Finbar O'Neill for the losses set forth above related to KAFCI.

So Ordered:

_____
Hon. Victor Marrero

Executed on: April 19, 2011
New York, New York

3