```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
MICHAEL FORDE,                    :
                                  :
                  Petitioner,     :
                                  :   11 Civ. 8768 (VM)
        - against -               :   08 Cr. 0828 (VM)
                                  :
UNITED STATES OF AMERICA,         :        ORDER
                                  :
                  Respondent.     :
----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/12

**VICTOR MARRERO, United States District Judge.**

The Court, having examined the petition for a writ of habeas corpus filed in this action pursuant to 28 U.S.C. § 2255, and having determined that the petition should not be summarily dismissed, it is hereby,

**ORDERED** that the Government file a response to the petition by no later than April 16, 2012; and it is further

**ORDERED** that petitioner Michael Forde reply to the Government's response by no later than May 16, 2012; and it is finally

**ORDERED** that the Clerk of Court serve copies of this Order and of the petition by certified mail upon the petitioner and the United States Attorney for the Southern District of New York.

**SO ORDERED.**

Dated:    New York, New York
          15 March 2012

                                    VICTOR MARRERO
                                       U.S.D.J.